IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JOSHUA DEAN HARDY

_____/

INDICTMENT

3:25-cr-144/TKW

THE GRAND JURY CHARGES:

## COUNT ONE

On or about November 12, 2023, in the Northern District of Florida, the defendant,

**JOSHUA DEAN HARDY**,

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845, to wit, a silencer, which firearm was not registered to him in the National Firearms Registration and Transfer Record and not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d), 5861(i), and 5871.

## COUNT TWO

On or about July 23, 2025, in the Northern District of Florida, the defendant,

FILED USDC FLND PN
AUG 19 '25 PM 4:37

Returned in open court pursuant to Rule 6(f)

8/19/25
Date

United States Magistrate Judge

**JOSHUA DEAN HARDY,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Section 5845, to wit, a destructive device and a silencer, which firearms were not registered to him in the National Firearms Registration and Transfer Record and not identified by a serial number, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d), 5861(i), and 5871.

## COUNT THREE

On or about July 23, 2025, in the Northern District of Florida, the defendant,

**JOSHUA DEAN HARDY,**

did knowingly possess a firearm, to wit, a Harington and Richardson, Inc., .22 caliber revolver, which firearm had the manufacturer's serial number removed, obliterated, and altered, and which firearm had previously been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## CRIMINAL FORFEITURE

The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**JOSHUA DEAN HARDY,**

knowingly committed the violations set forth in Counts One through Three of this Indictment, any and all interest that the defendant has in the firearms involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461.

A TRUE BILL:

███████████████

FOREPERSON

8/19/25

DATE

*/s/ John P. Heekin*
JOHN P. HEEKIN
United States Attorney

*/s/ Jennifer H. Callahan*
JENNIFER H. CALLAHAN
Assistant United States Attorney