# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

vs.   Case No. 3:25cr144/TKW

**JOSHUA DEAN HARDY,**

    **Defendant.**
_____/

## DEFENDANT'S MOTION TO CONTINUE
## SENTENCING DATE (UNOPPOSED)

The Defendant, JOSHUA DEAN HARDY, through counsel, moves to continue his sentencing date as follows:

1. On August 19, 2025, Mr. Hardy was indicted and charged with possession of a silencer (count 1), possession of an unregistered silencer and destructive device (count 2), and possession of a firearm without a serial number (count 3) in violation of 26 U.S.C. §§ 5861(d) and (i), 5871 and 18 U.S.C. §§ 922(k) and 924(a)(1)(B). [Docket No. 1].

2. His first appearance was on August 28, 2025 before U.S. Magistrate Judge Hope Cannon. Counsel was appointed, a detention hearing was set and Mr. Hardy was given an October 20, 2025 trial date. [Docket Nos. 9-16]. On September

2, 2025, Mr. Hardy was detained after a contested detention hearing; he is currently at the Santa Rosa County Jail ("SRCJ"). [Docket Nos. 14, 19-20].

    3.     Mr. Hardy pled guilty to the indictment before U.S. Magistrate Judge Bolitho on August 28, 2025. [Docket No. 29-34].

    4.     His sentencing is set for February 26, 2026. [Docket No. 34].

    5.     The Draft Pre-sentence Report ("PSR") issued on January 22, 2026 but, unfortunately, it contains scarce information and record support regarding Mr. Hardy's mental health which is relevant to the sentencing disposition. Counsel is seeking to obtain relevant mental health records for Mr. Hardy prior to responding to the Draft PSR and is also awaiting the results of a psychological evaluation of Mr. Hardy by Dr. Stephen Zieman to assist the Court at sentencing.

    6.     For these reasons, counsel moves the Court to continue Mr. Hardy's February 26, 2026 sentencing hearing thirty (30) days to a date and time convenient for the Court.

WHEREFORE, the Defendant, JOSHUA DEAN HARDY, through counsel, moves to continue his February 26, 2026 sentencing date thirty (30) days to a date and time convenient for this Court.

## **LOCAL RULE 7.1(B) CERTIFICATE**

I HEREBY CERTIFY that I have conferred with Assistant United States Attorney Christopher Patterson and he does not oppose this Motion.

RESPECTFULLY SUBMITTED this 11th day of February 2026.

                                        */s/ Randall S. Lockhart*
                                        RANDALL S. LOCKHART
                                        Michigan Bar No. P58597
                                        Attorney for Defendant
                                        3 W. Garden Street, Suite 200
                                        Pensacola, FL  32502
                                        Randall_Lockhart@fd.org
                                        (850) 432-1418