# United States District Court
## Criminal Minutes

| | | | |
|---|---|---|---|
| Time Commenced | 2:00 PM | Case No. | 3:25cr144-TKW |
| Time Concluded | 3:05 PM | Date | 4/9/2026 |

**DOCKET ENTRY: Sentence Hearing Held for Defendant JOSHUA DEAN HARDY.** Defendant adjudged guilty Counts 1 - 3; Defendant is committed to the custody of BOP for 48 months as to each count, with concurrent terms; Supervised Release 3 years as to each count, with concurrent terms; $300 SMA; Fine waived; 1 Envelope Exhibits, admitted.

PRESENT:  HONORABLE    **T. KENT WETHERELL II**    U.S. DISTRICT JUDGE

| Christopher Patterson | Zachary Link | Julie Wycoff | Paula Cawby |
|---|---|---|---|
| Asst U. S. Attorney | Probation Officer | Court Reporter | Deputy Clerk |

**USA v DEFENDANT LISTED BELOW**         **ATTORNEY FOR DEFENDANT**

(1)  JOSHUA DEAN HARDY                      (1) Randall Lockhart, AFPD

✓ Present   ✓ Custody   ___ O/R        ✓ Present   ✓ Appointed   ___ Retained

**PROCEEDINGS:**

✓ Defendant reviewed the PSR with counsel and agrees the PSR is factually accurate
✓ Court adopts findings in the Revised PSR as part of the Judgment in the case
   Witnesses:
✓ Government Exhibits:  1 – 4, admitted
✓ Defendant addresses the Court
   Court addresses the defendant; Defendant adjudged guilty
✓ Court imposes sentence
✓ BOP recommendation: Federal Medical Center with Mental Health Treatment

___ Possible early term of TSR: on recommendation of USPO if in compliance
✓ Assessments to be paid at a rate of    25.00    per month to begin within   60   days of release
✓ Forfeiture filed at Document: 37 on 2/5/2026
___ Defendant to self-surrender to USMS or designated facility by 12:00 noon on
✓ Defendant advised of right to appeal